B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Highconcepts Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fdba Highconcepts LLC.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **12-0080901** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5375 Western Ave. Suite D<br>Boulder, CO**<br><br>ZIPCODE **80301** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Boulder** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**5375 Weston Ave. Suite D., Boulder, CO**                                         ZIPCODE **80301**

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☑ Chapter 11          Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                            Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer    ☑ Debts are primarily<br>    debts, defined in 11 U.S.C.          business debts.<br>    § 101(8) as "incurred by an<br>    individual primarily for a<br>    personal, family, or house-<br>    hold purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Highconcepts Corporation** |
|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                                Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10) | | Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Highconcepts Corporation** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |

**Signature of Attorney***

X */s/ Gregg E. Kay*
Signature of Attorney for Debtor(s)

**Gregg E. Kay 11777**
**Lynch & Robbins**
**925 S. Niagara St. Suite 360**
**Denver, CO  80222**
**(303) 758-5100  Fax: (303) 758-5055**
**gregg.kay@thekaylawfirm.com**

**December 21, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

| **Signature of Debtor (Corporation/Partnership)** | |

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Eric David Sherman*
Signature of Authorized Individual

**Eric David Sherman**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 21, 2011**
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE:

Case No. _____

**Highconcepts Corporation**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **ABCO Leasing, Inc.**<br>**22232 17th Ave. Ste 204**<br>**Bothell, WA  98021** | **(425) 806-4645** | **Trade debt** | **Disputed** | **116,235.83**<br>**Collateral:**<br>**20,000.00**<br>**Unsecured:**<br>**96,235.83** |
| **Westland Development Services**<br>**1644 Conestoga Street, Suite 7**<br>**Boulder, CO  80301** | **(303) 449-9950** | **Trade debt** | **Unliquidated**<br>**Disputed** | **60,656.31** |
| **Citi Platinum**<br>**Alliance One Receivables Management,Inc.**<br>**4850 Street Rd. Suite 300**<br>**Trevose, PA  19053** | **(866) 672-3308** | **Bank loan** | | **27,489.15** |
| **Bank Of America**<br>**PO Box 17322**<br>**Baltimore, MD  21297** | **(866) 266-0212** | **Bank loan** | | **16,960.17** |
| **IRS**<br>**Po Box 105416**<br>**Atlanta, GA  30348-5416** | | **Trade debt** | **Unliquidated** | **8,981.71** |
| **Avitus Business Services, Inc.**<br>**PO Box 81590**<br>**Billings, MT  59108** | **(800) 454-2446** | **Trade debt** | **Unliquidated** | **8,300.00** |
| **Visa Platinum**<br>**Wells Fargo Financial Cards**<br>**PO Box 660041**<br>**Dallas, TX  75266-0041** | **(800) 247-9215** | **Bank loan** | | **7,951.35** |
| **Copy Experts**<br>**5345 Arapahoe Ave**<br>**Boulder, CO  80303** | **(720) 494-2552** | **Trade debt** | | **5,060.50** |
| **OCE Imagistics, Inc. Meter-R/M**<br>**PO Box 856193**<br>**Louiseville, KY  40265-6193** | | **Trade debt** | **Disputed** | **4,360.19** |
| **Chase**<br>**PO Box 15548**<br>**Wilmington, DE  19886-5548** | **(800) 955-8030** | **Bank loan** | | **4,086.39** |
| **Capital One Bank**<br>**PO Box 60599**<br>**City Of Industry, CA  91716-0599** | **(800) 867-0904** | **Bank loan** | | **4,077.78** |
| **Conley Casting Supply Corp**<br>**124 Maple Street**<br>**Warwick, RI  02888** | **(401) 785-9500** | **Trade debt** | **Unliquidated** | **3,888.68** |
| **Lyons Gaddis Kahn & Hall**<br>**Po Box 978**<br>**Longmont, CO  80502-0978** | **(303) 776-9900** | **Trade debt** | | **3,472.63** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | | |
|---|---|---|---|---|
| **Home Depot**<br>**Citi Card Service**<br>**Po Box 653000**<br>**Dallas, TX  75265** | **(866) 458-7684** | **Bank loan** | | **3,129.54** |
| **FedEx**<br>**Po Box 945515**<br>**Palatine, IL  60094-4515** | **(800) 622-1147** | **Trade debt** | | **3,112.27** |
| **J.C. Molds**<br>**John Costa**<br>**22 Millers Brook Drive**<br>**Cumberland, RI  02864** | **(401) 785-1660** | **Trade debt** | **Unliquidated** | **3,096.00** |
| **DMW Associates**<br>**Sharon White**<br>**451 E 58th Ave Suite 2344**<br>**Denver, CO  80216** | | **Trade debt** | **Unliquidated** | **3,092.09** |
| **Chase**<br>**PO Box 15548**<br>**Wilmington, DE  19886-5548** | **(800) 955-8030** | **Bank loan** | | **2,698.61** |
| **Hallmark Metals**<br>**Steve Kaplan**<br>**930 Wellington Ave**<br>**Cranston, RI  02910** | **(401) 467-8000** | **Trade debt** | **Unliquidated** | **2,454.39** |
| **Lightning Labels**<br>**2369 S Trenton Way, Unit C**<br>**Denver, CO  80231-3828** | **(888) 685-2235** | **Trade debt** | | **2,046.39** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **December 21, 2011**                    Signature:   */s/ Eric David Sherman*

**Eric David Sherman, President**

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### District of Colorado

IN RE: _____　　Case No. _____

**Highconcepts Corporation** _____　　Chapter **11** _____

_____Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None ☐　State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 63,739.02 | 2009- 88,246.20 |
| | 2010- 108,639.30 |
| | 2011- 63,739.02 |

**2. Income other than from employment or operation of business**

None ☐　State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 420,000.00 | on 5/25/2010, sold silver parts to Alan Wolfer, money deposited into company accounts |
| 400.00 | Outsource Locally, LLC<br>Nathan Paul Womack<br>5375 Western Ave., Suite D<br>Boulder, CO 80301<br>Highconcepts is sub-leasing 2 offices of non-residential real property for business use for $400 a month. One year lease |
| 700.00 | Wee Cycle, Inc.<br>Judy Sawitsky<br>5375 Western Ave., Suite D<br>Boulder, CO 80301 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Highconcepts is sub-leasing non residential real property for business use for $700 a month.  One year lease.

250.00 **Cresent Moon Snowshoes**
**Jake Thamm**
**5375 Western Ave., Suite D**
**Boulder, CO 80301**
**Highconcepts is sub-leasing non-residential real property for business use for $250 a month.  On a month to month lease.**

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Avitus Business Services, Inc. PO Box 81590 Billings, MT  59108 | 10/05/2011- 1814.29 10/18/2011- 1645.57 11/02/2011- 1306.69 11/08/2011- 158.70 11/15/2011- 1570.69 11/29/2011- 843.68 | 7,340.62 | 8,300.00 |
| Bowman Irrigation, Inc. 6289 I 80 Service Road Pine Buff, WY  82082 | 11/02/2011- 100.00 | 100.00 | 873.91 |
| Chase PO Box 15548 Wilmington, DE  19886-5548 | 11/01/2011- 78.00 11/28/2011- 78.00 | 156.00 | 2,698.61 |
| Chase PO Box 15548 Wilmington, DE  19886-5548 | 10/10/2011- 120.00 11/10/2011- 120.00 | 240.00 | 4,086.39 |
| Dell Financial Valentine & Kebartas, Inc Po Box 325 Lawrence, MA  01842 | 10/01/2011- 309.49 11/01/2011-309.49 12/01/2011- 309.49 | 928.47 | 1,856.93 |
| DMW Associates Sharon White 451 E 58th Ave Suite 2344 Denver, CO  80216 | 11/30/2011-370.17 | 370.17 | 3,092.09 |
| FedEx Po Box 945515 Palatine, IL  60094-4515 | 10/07/2011- 100.00 10/14/2011- 100.00 10/21/2011- 100.00 10/28/2011- 100.00 11/04/2011- 100.00 11/11/2011- 100.00 11/18/2011- 100.00 11/28/2011- 100.00 12/02/2011- 100.00 12/12/2011- 100.00 | 1,000.00 | 3,012.27 |
| Gt Bag Company 850 Lindberg Lane Suite A | 10/02/2011-375.00 10/13/2011- 374.98 | 879.50 | 589.78 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Dates/Amounts | | |
|---|---|---|---|
| Petaluma, CA  94952 | 10/17/2011- 129.52 | | |
| Hallmark Metals<br>Steve Kaplan<br>930 Wellington Ave<br>Cranston, RI  02910 | 11/23/2011- 2000.00 | 2,000.00 | 2,454.39 |
| J.C. Molds<br>John Costa<br>22 Millers Brook Drive<br>Cumberland, RI  02864 | 10/21/2011- 130.00 | 130.00 | 3,096.00 |
| Main Street Reps Inc<br>Po Box 280<br>Andover, MA  01810 | 10/21/2011- 268.88<br>10/24/2011- 109.80 | 378.68 | 348.08 |
| Minute Man Press Of Boulder<br>1644 Conestoga Street<br>Boulder, CO  80301 | 10/12/2011- 300.00 | 300.00 | 969.90 |
| Curt Teich Postcard Archives<br>Lake County Discovery Museum<br>27277 Forest Preserve Drive<br>Wauconda, IL  60084 | 11/02/2011- 500.00<br>12/01/2011- 500.00 | 1,000.00 | 1,000.00 |
| New Era Sales<br>Sandra Womack<br>451 E 58th Ave, Suite 1131<br>Denver, CO  80216-8209 | 10/21/2011- 215.55 | 215.55 | 180.83 |
| Pitney Bowes<br>Pitney Bowes Purchase Power<br>Po Box 856042<br>Louisville, KY  40289-6042 | 10/19/2011- 32.00<br>11/16/2011- 32.00 | 64.00 | 713.06 |
| Showroom 504<br>LMCH Inc.<br>1933 S. Broadway, Suite 304<br>Los Angles, CA  90007 | 10/21/2011- 120.15 | 120.15 | 340.65 |
| United Parcel Service<br>Lockbox 577<br>Carol Stream, IL  60132 | 10/04/2011- 466.53<br>10/17/2011- 1485.58<br>10/24/2011- 321.32<br>11/02/2011- 336.63<br>11/14/2011- 478.01<br>11/21/2011- 476.98<br>12/08/2011- 232.83<br>12/09/2011- 297.49 | 4,095.37 | 779.04 |
| Westland Development Services<br>1644 Conestoga Street, Suite 7<br>Boulder, CO  80301 | 10/06/2011- 2500.00<br>11/07/2011- 1500.00<br>11/16/2011- 1000.00<br>11/21/2011- 619.48<br>12/05/2011- 250.00<br>12/12/2011- 250.00<br>12/05/2011- 1500.00 | 7,619.48 | 60,656.31 |

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **ABCO Leasing Inc vs. Highconcepts LLC. Case number 2011CV1251** | **Replevin Action** | **Boulder Co. District Court, Colorado** | **Filed but not served** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Wells Cargo trailer-$ 2,000 Merchandise (samples, costume jewlrey)- $12,278.54** | **Trailer containing merchandise stolen in Las Vegas.  Las Vegas Police report case number 110921-1316.  Insurance claim paid by Travelors Insurance of $14,278.57.** | **09/21/2011** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lynch & Robbins 925 S. Niagara St., Suite 360 Denver, CO  80224** | **11/23/2011** | **3,600.00** |
| **Retainer for legal work** | | |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **John Tounger CPA**<br>**585 Mandana Blvd. Suite 10**<br>**Oakland, CA  94610** | **Been employed for company since 2008, still currently working for Highconcepts** |
| **Avitus Business Services, Inc.**<br>**PO Box 81590**<br>**Billings, MT  59108** | **11/2010 to currently employed by Highconcepts** |
| **Bookeeper for Highconcepts Corp. since 11/2010** | |

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**John Tounger CPA**
**585 Mandana Blvd. Suite 10**
**Oakland, CA  94610**

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market, or other basis) |
|---|---|---|
| **12/01/2011** | **Eric D. Sherman** | **Finished goods- $165,000- wholesale prices**<br>**Raw Materials- $50,000- wholesale prices**<br>**Work in Progress- $20,000- wholesale** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

prices
**Misc. Materials- $15,000- wholesale
prices**

---

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY
**12/01/2011**

NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS
**In House Inventory Estimated
Eric Sherman
5375 Weston Ave. Suite D
Boulder, CO  80301**

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Eric Sherman
Po Box 19199
Boulder, CO  80306** | **Stockholder** | **owner/shareholder- 66%** |
| **Jim Smith
5037 Peregrine Road
Dacono, CO  80514** | **stockholder** | **common shareholder- 2%** |
| **Mischele Oedewaldt
13717 Bryant Circle
Broomfield, CO  80020** | **stockholder** | **common shareholder 1%** |
| **Alan And Joan Wolfer
7031 Valmont Road
Boulder, CO  80301** | **stockholder** | **common shareholder- 25%** |
| **John Wolfer
5000 Butte #3
Boulder, CO  80301** | **stockholder** | **common shareholder- 6%** |

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 21, 2011**          Signature: ***/s/ Eric David Sherman***

                                    **Eric David Sherman, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### District of Colorado

**IN RE:**                                                                    Case No. _____

**Highconcepts Corporation** _____     Chapter **11** _____

_____Debtor(s)_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 91,977.04 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 132,697.49 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 199,476.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 22 | $ 91,977.04 | $ 332,173.73 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

**IN RE** Highconcepts Corporation _____   Case No. _____
                         Debtor(s)                                        (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | **TOTAL** | **0.00** | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Highconcepts Corporation                                                    Case No. _____
                        Debtor(s)                                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Highcoincepts Corporation**          Case No. _____

Debtor(s)          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Copy machine for office use- Biz hub pro C6500** | | **70,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Copy machine- CM2522** | | **0.00** |
| | | **Credit card machine FD 50 unit** | | **1,459.54** |
| | | **FD 100 Unit, Credit Card Machine** | | **517.50** |
| | | **Various trade equipment** | | **20,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Highconcepts Corporation**
_____     Case No. _____
                        Debtor(s)                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **91,977.04** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Highconcepts Corporation**                                                    Case No. _____
_____
                        Debtor(s)                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Highconcepts Corporation** _____   Case No. _____
                Debtor(s)                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4045** <br> **ABCO Leasing, Inc.** <br> **22232 17th Ave. Ste 204** <br> **Bothell, WA  98021** | X | | **Trade Debt. Property subject to lien is equipment. Market value $20,000** <br><br> VALUE $ **20,000.00** | | | X | 116,235.83 | 96,235.83 |
| ACCOUNT NO. <br> **First Data Global Leasing** <br> **5565 Glenridge Connector, NE** <br> **Atlanta, GA  30342-4756** | X | | **Trade Debt.  Credit Card Machine- FD 100 unit** <br><br> VALUE $ **517.50** | | | X | 517.50 | |
| ACCOUNT NO. **2000** <br> **First Data Global Leasing** <br> **5565 Glenridge Connector, NE** <br> **Atlanta, GA  30342-4756** | X | | **Trade debt. Credit card machine FD50 unit** <br><br> VALUE $ **1,459.54** | | | X | 1,459.54 | |
| ACCOUNT NO. **4000** <br> **Konica Minolta Premier Finance** <br> **PO Box 790448** <br> **St. Louis, MO  63179-0448** | X | | **Was incurred in 11/2011. Copy machine for office use.  Valued at $70,000** <br><br> VALUE $ **70,000.00** | | | X | 13,440.00 | |

____**1**____ continuation sheets attached

Subtotal (Total of this page) $ 131,652.87   $ 96,235.83

Total (Use only on last page) $ _____   $ _____

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07) - Cont.**

IN RE **Highconcepts Corporation**                                   Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2000**<br><br>**OCE Financial Services. Inc- Lease**<br>**Michael Seidel**<br>**5600 Broken Sound Blvd**<br>**Boca Ratona, FL  33487-3599** | X | | **Copy machine for office use. Nonfunctioning, value at $0**<br><br><br>VALUE $ | X | X | | **1,044.62** | **1,044.62** |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

Sheet no. ____**1**___ of ____**1**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $  **1,044.62** | $  **1,044.62** |
| Total<br>(Use only on last page) | $  **132,697.49** | $  **97,280.45** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (04/10)**

**IN RE** **Highconcepts Corporation** _____     Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE **Highconcepts Corporation** _____   Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **HC17**<br><br>**Airpro, Inc.**<br>**3875 Elm Street**<br>**Denver, CO  80207** | X | | **Trade debt** | | | | **555.00** |
| ACCOUNT NO.<br><br>**Aura Magazine**<br>**9901 Acoma SE**<br>**Albuquerque, NM  87123** | X | | **Trade debt** | | | | **1,580.00** |
| ACCOUNT NO.<br><br>**Authnet Gateway Billing**<br>**PO Box 8999**<br>**San Francisco, CA  94128-8999** | | | **Trade debt** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Avitus Business Services, Inc.**<br>**PO Box 81590**<br>**Billings, MT  59108** | X | | **Trade debt** | | | X | **8,300.00** |

_____ **7** continuation sheets attached

Subtotal $ **10,435.00**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) / Cont.

**IN RE** Highconcepts Corporation _____   Case No. _____
                                   Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8301**<br>**Bank Of America<br>PO Box 17322<br>Baltimore, MD  21297** | X | | **revolving credit account** | | | | 16,960.17 |
| ACCOUNT NO.<br>**Bowman Irrigation, Inc.<br>6289 I 80 Service Road<br>Pine Buff, WY  82082** | X | | **Trade debt** | | | | 873.91 |
| ACCOUNT NO.<br>**C & M Topline<br>5945 Daley Street<br>Boleta, CA  93117-3915** | X | | **Trade debt** | | | X | 606.00 |
| ACCOUNT NO. **4226**<br>**Capital One Bank<br>PO Box 60599<br>City Of Industry, CA  91716-0599** | X | | **Revolving Credit account** | | | | 4,077.78 |
| ACCOUNT NO. **1486**<br>**Chase<br>PO Box 15548<br>Wilmington, DE  19886-5548** | X | | **Revolving Credit Account** | | | | 2,698.61 |
| ACCOUNT NO. **5754**<br>**Chase<br>PO Box 15548<br>Wilmington, DE  19886-5548** | X | | **Revolving credit account** | | | | 4,086.39 |
| ACCOUNT NO. **0164**<br>**Citi Platinum<br>Alliance One Receivables Management,Inc.<br>4850 Street Rd. Suite 300<br>Trevose, PA  19053** | X | | **Revolving Credit Account** | | | | 27,489.15 |

Sheet no. ____**1**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **56,792.01**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Highconcepts Corporation _____  Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4851**<br>**Citibank N.A. (Shell)**<br>**Northland Group Inc.**<br>**PO Box 390905**<br>**Minneapolis, MN  55439** | X | | **Revolving Credit Account** | | | | 2,001.22 |
| ACCOUNT NO. **CEPT**<br>**Conley Casting Supply Corp**<br>**124 Maple Street**<br>**Warwick, RI  02888** | X | | **Trade debt** | | | X | 3,888.68 |
| ACCOUNT NO.<br>**Constant Contact**<br>**3675 Precision Dr.**<br>**Loveland, CO  80538-6310** | | | **Trade debt** | | | | 0.00 |
| ACCOUNT NO. **1220**<br>**Copy Experts**<br>**5345 Arapahoe Ave**<br>**Boulder, CO  80303** | X | | **Trade debt** | | | | 5,060.50 |
| ACCOUNT NO.<br>**Crystal Courier Imports**<br>**C/O Carolyn Gardella**<br>**1571 Hayes Court**<br>**Erie, CO  80516** | X | | **Trade debt** | | | X | 1,700.00 |
| ACCOUNT NO.<br>**Curt Teich Postcard Archives**<br>**Lake County Discovery Museum**<br>**27277 Forest Preserve Drive**<br>**Wauconda, IL  60084** | X | | **Trade debt** | | | | 1,000.00 |
| ACCOUNT NO. **6363**<br>**Dats Trucking**<br>**Po Box 910550**<br>**St George, UT  84791** | X | | **Trade debt** | | | | 213.19 |

Sheet no. _____**2**_ of _____**7**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 13,863.59

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Highconcepts Corporation _____   Case No. _____
                  Debtor(s)                                                                  (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0454**<br>**Dell Financial**<br>**Valentine & Kebartas, Inc**<br>**Po Box 325**<br>**Lawrence, MA  01842** | X | | **Trade debt** | | | | 1,856.93 |
| ACCOUNT NO.<br>**DMW Associates**<br>**Sharon White**<br>**451 E 58th Ave Suite 2344**<br>**Denver, CO  80216** | X | | **Trade debt** | | | X | 3,092.09 |
| ACCOUNT NO. **7889**<br>**FedEx**<br>**Po Box 945515**<br>**Palatine, IL  60094-4515** | X | | **Trade debt** | | | | 3,112.27 |
| ACCOUNT NO. **2105**<br>**Gt Bag Company**<br>**850 Lindberg Lane Suite A**<br>**Petaluma, CA  94952** | X | | **Trade debt** | | | X | 589.78 |
| ACCOUNT NO.<br>**Hallmark Metals**<br>**Steve Kaplan**<br>**930 Wellington Ave**<br>**Cranston, RI  02910** | X | | **Trade debt** | | | X | 2,454.39 |
| ACCOUNT NO. **8984**<br>**Home Depot**<br>**Citi Card Service**<br>**Po Box 653000**<br>**Dallas, TX  75265** | X | | **Revolving Credit Account** | | | | 3,129.54 |
| ACCOUNT NO. **1663**<br>**I P 5280 RockyNet**<br>**Po Box 17273**<br>**Denver, CO  80217-0273** | X | | **Trade debt** | | | | 1,163.34 |

Sheet no. _____**3**__ of _____**7**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **15,398.34**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Highconcepts Corporation _____ Case No. _____
        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Infogroup Sales**<br>**1020 E 1st Street**<br>**Papillion, NE 68046** | | | Trade debt | | | | 0.00 |
| ACCOUNT NO. **P521**<br>**IRS**<br>**Po Box 105416**<br>**Atlanta, GA 30348-5416** | X | | Trade debt | | | X | 8,981.71 |
| ACCOUNT NO.<br>**J.C. Molds**<br>**John Costa**<br>**22 Millers Brook Drive**<br>**Cumberland, RI 02864** | X | | Trade debt | | | X | 3,096.00 |
| ACCOUNT NO.<br>**John Tounger CPA**<br>**585 Mandana Blvd. Suite 10**<br>**Oakland, CA 94610** | X | | Trade debt | | | X | 1,850.00 |
| ACCOUNT NO. **2252**<br>**Labor Ready**<br>**Po Box 31001-0254**<br>**Pasadena, CA 91110-0257** | X | | Trade debt | | | | 486.96 |
| ACCOUNT NO.<br>**Light Stones Inc.**<br>**1200 Diamond Cir., #A**<br>**Lafayette, CO 80026** | X | | Trade debt | | | | 331.66 |
| ACCOUNT NO. **5732**<br>**Lightning Labels**<br>**2369 S Trenton Way, Unit C**<br>**Denver, CO 80231-3828** | X | | Trade debt | | | | 2,046.39 |

Sheet no. __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **16,792.72**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) / Cont.

IN RE **Highconcepts Corporation**                                              Case No. _____
_____                                         (If known)
                Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3182**<br>**Lowe's<br>GE Money Bank<br>PO Box 530914<br>Atlanta, GA  30353** | X | | **Revolving Credit Account** | | | | 1,243.42 |
| ACCOUNT NO.<br>**Lyons Gaddis Kahn & Hall<br>Po Box 978<br>Longmont, CO  80502-0978** | X | | **Trade debt** | | | | 3,472.63 |
| ACCOUNT NO.<br>**Main Street Reps Inc<br>Po Box 280<br>Andover, MA  01810** | X | | **Trade debt** | | | | 348.08 |
| ACCOUNT NO.<br>**Minute Man Press Of Boulder<br>1644 Conestoga Street<br>Boulder, CO  80301** | X | | **Trade debt** | | | | 969.90 |
| ACCOUNT NO.<br>**New Era Sales<br>Sandra Womack<br>451 E 58th Ave, Suite 1131<br>Denver, CO  80216-8209** | X | | **Trade debt** | | | | 180.83 |
| ACCOUNT NO. **4549**<br>**OCE Imagistics, Inc. Meter-R/M<br>PO Box 856193<br>Louiseville, KY  40265-6193** | X | | **Trade debt** | | | X | 4,360.19 |
| ACCOUNT NO. **2528**<br>**Pitney Bowes<br>Pitney Bowes Purchase Power<br>Po Box 856042<br>Louisville, KY  40289-6042** | X | | **Trade debt** | | | | 713.06 |

Sheet no. _____**5**___ of _____**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,288.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Highconcepts Corporation
_____
                    Debtor(s)

Case No. _____
                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7863** <br> **Pitney Bowes** <br> **Credit Management Corp** <br> **Po Box 1396** <br> **Madison, CT  06443-1396** | X | | **Trade debt** | | | | **198.88** |
| ACCOUNT NO. <br> **Prostores, Inc.** <br> **2145 Hamilton Ave** <br> **San Jose, CA  95125** | | | **Trade debt** | | | | **0.00** |
| ACCOUNT NO. **1835** <br> **Regal Plastics** <br> **Regal Piedmont Plastics** <br> **5265 South Rio Grande** <br> **Littleton, CO  80120** | X | | **Trade debt** | | | | **299.38** |
| ACCOUNT NO. <br> **Showroom 504** <br> **LMCH Inc.** <br> **1933 S. Broadway, Suite 304** <br> **Los Angles, CA  90007** | X | | **Trade debt** | | | X | **340.65** |
| ACCOUNT NO. <br> **Surelock Plus, LLC** <br> **2744 Grinnell Drive** <br> **Longmont, CO  80503** | X | | **Trade debt** | | | X | **1,042.50** |
| ACCOUNT NO. **1211** <br> **Ultimate Electronics** <br> **GE Money Bank** <br> **PO Box 981127** <br> **El Paso, TX  79998-1127** | X | | **Revolving Credit Account** | | | | **927.67** |
| ACCOUNT NO. **6040** <br> **United Parcel Service** <br> **Lockbox 577** <br> **Carol Stream, IL  60132** | X | | **Trade debt** | | | X | **779.04** |

Sheet no. _____**6**___ of _____**7**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **3,588.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Highconcepts Corporation** _____ Case No. _____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1802**<br>**Visa Platinum**<br>**Wells Fargo Financial Cards**<br>**PO Box 660041**<br>**Dallas, TX  75266-0041** | X | | **Revolving Credit Account** | | | | 7,951.35 |
| ACCOUNT NO.<br>**Westland Development Services**<br>**1644 Conestoga Street, Suite 7**<br>**Boulder, CO  80301** | X | | **Trade debt** | X | X | | 60,656.31 |
| ACCOUNT NO.<br>**Wholesale Crafts.Com**<br>**Nanette**<br>**770 Beaton Path Rd**<br>**Mooresville, NC  28117** | X | | **Trade debt** | | | | 0.00 |
| ACCOUNT NO.<br>**William Garrett**<br>**769 59th Street**<br>**Oakland, CA  94609** | X | | **Trade debt** | | | | 1,050.00 |
| ACCOUNT NO. **7283**<br>**Wilson Tool International**<br>**Po Box 70870**<br>**St. Paul, MN  55170-9676** | X | | **Trade debt** | | | X | 300.00 |
| ACCOUNT NO. **6384**<br>**Xpedx**<br>**Xpedx Stores Div.**<br>**Po Box 677312**<br>**Dallas, TX  75267-7312** | X | | **Trade debt** | | | | 439.21 |
| ACCOUNT NO. **5020**<br>**Xpedx**<br>**Martha Diaz**<br>**Po Box 677319**<br>**Dallas, TX  75267-7319** | X | | **Trade debt** | | | | 921.48 |

Sheet no. ____**7**____ of ____**7**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

         Subtotal
(Total of this page) $ **71,318.35**

         Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **199,476.24**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE Highconcepts Corporation _____     Case No. _____
        Debtor(s)                   (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

  Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **First Data Global Leasing**<br>**5565 Glenridge Connector, NE**<br>**Atlanta, GA  30342-4756** | **Highconcepts is the lessee for equipment for business use** |
| **Westland Development Services**<br>**1644 Conestoga Street, Suite 7**<br>**Boulder, CO  80301** | **Highconcepts is the lessee for non-residential real property for business use.** |
| **ABCO Leasing, Inc.**<br>**22232 17th Ave. Ste 204**<br>**Bothell, WA  98021** | **Highconcepts is the lessee of equipment for business use** |
| **Konica Minolta Premier Finance**<br>**PO Box 790448**<br>**St. Louis, MO  63179-0448** | **Highconcepts is the lessee of equipment for business use** |
| **OCE Financial Services. Inc- Lease**<br>**Michael Seidel**<br>**5600 Broken Sound Blvd**<br>**Boca Ratona, FL  33487-3599** | **Highconcepts is the lessee of equipment for business use** |
| **First Data Global Leasing**<br>**5565 Glenridge Connector, NE**<br>**Atlanta, GA  30342-4756** | **Highconcepts is the lessee of equipment for business use** |
| **Outsource Locally, LLC**<br>**Nathan Paul Womack**<br>**5375 Western Ave., Suite D**<br>**Boulder, CO  80301** | **Highconcepts is the sub-lessor for non-residential real property for business use** |
| **Wee Cycle, Inc.**<br>**Judy Sawitsky**<br>**5375 Western Ave., Suite D**<br>**Boulder, CO  80301** | **Highconcepts is the sub-lessor for non-residential real property for business use** |
| **Cresent Moon Snowshoes**<br>**Jake Thamm**<br>**5375 Western Ave., Suite D**<br>**Boulder, CO  80301** | **Highconcepts is the sub-lessor for non-residential real property for business use.** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Highconcepts Corporation** _____  Case No. _____
                              Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Eric Sherman<br>Po Box 19199<br>Boulder, CO  80306 | Bank Of America<br>PO Box 17322<br>Baltimore, MD  21297<br><br>Capital One Bank<br>PO Box 60599<br>City Of Industry, CA  91716-0599<br><br>Chase<br>PO Box 15548<br>Wilmington, DE  19886-5548<br><br>Chase<br>PO Box 15548<br>Wilmington, DE  19886-5548<br><br>Citibank N.A. (Shell)<br>Northland Group Inc.<br>PO Box 390905<br>Minneapolis, MN  55439<br><br>Citi Platinum<br>Alliance One Receivables Management,Inc.<br>4850 Street Rd. Suite 300<br>Trevose, PA  19053<br><br>Home Depot<br>Citi Card Service<br>Po Box 653000<br>Dallas, TX  75265<br><br>Lowe's<br>GE Money Bank<br>PO Box 530914<br>Atlanta, GA  30353<br><br>Ultimate Electronics<br>GE Money Bank<br>PO Box 981127<br>El Paso, TX  79998-1127<br><br>Visa Platinum<br>Wells Fargo Financial Cards<br>PO Box 660041<br>Dallas, TX  75266-0041<br><br>ABCO Leasing, Inc.<br>22232 17th Ave. Ste 204<br>Bothell, WA  98021<br><br>Airpro, Inc. |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Highconcepts Corporation _____    Case No. _____

Debtor(s)                                          (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | 3875 Elm Street<br>Denver, CO  80207<br><br>Aura Magazine<br>9901 Acoma SE<br>Albuquerque, NM  87123<br><br>Avitus Business Services, Inc.<br>PO Box 81590<br>Billings, MT  59108<br><br>Bowman Irrigation, Inc.<br>6289 I 80 Service Road<br>Pine Buff, WY  82082<br><br>C & M Topline<br>5945 Daley Street<br>Boleta, CA  93117-3915<br><br>Conley Casting Supply Corp<br>124 Maple Street<br>Warwick, RI  02888<br><br>Copy Experts<br>5345 Arapahoe Ave<br>Boulder, CO  80303<br><br>Crystal Courier Imports<br>C/O Carolyn Gardella<br>1571 Hayes Court<br>Erie, CO  80516<br><br>Dats Trucking<br>Po Box 910550<br>St George, UT  84791<br><br>Dell Financial<br>Valentine & Kebartas, Inc<br>Po Box 325<br>Lawrence, MA  01842<br><br>DMW Associates<br>Sharon White<br>451 E 58th Ave Suite 2344<br>Denver, CO  80216<br><br>FedEx<br>Po Box 945515<br>Palatine, IL  60094-4515<br><br>Gt Bag Company<br>850 Lindberg Lane Suite A<br>Petaluma, CA  94952<br><br>Hallmark Metals<br>Steve Kaplan<br>930 Wellington Ave<br>Cranston, RI  02910 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Highconcepts Corporation                                        Case No. _____
_____
Debtor(s)                                                                              (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | I P 5280 RockyNet<br>Po Box 17273<br>Denver, CO  80217-0273<br><br>J.C. Molds<br>John Costa<br>22 Millers Brook Drive<br>Cumberland, RI  02864<br><br>John Tounger CPA<br>585 Mandana Blvd. Suite 10<br>Oakland, CA  94610<br><br>Labor Ready<br>Po Box 31001-0254<br>Pasadena, CA  91110-0257<br><br>Light Stones Inc.<br>1200 Diamond Cir., #A<br>Lafayette, CO  80026<br><br>Lightning Labels<br>2369 S Trenton Way, Unit C<br>Denver, CO  80231-3828<br><br>Lyons Gaddis Kahn & Hall<br>Po Box 978<br>Longmont, CO  80502-0978<br><br>Main Street Reps Inc<br>Po Box 280<br>Andover, MA  01810<br><br>Minute Man Press Of Boulder<br>1644 Conestoga Street<br>Boulder, CO  80301<br><br>Curt Teich Postcard Archives<br>Lake County Discovery Museum<br>27277 Forest Preserve Drive<br>Wauconda, IL  60084<br><br>New Era Sales<br>Sandra Womack<br>451 E 58th Ave, Suite 1131<br>Denver, CO  80216-8209<br><br>OCE Financial Services. Inc- Lease<br>Michael Seidel<br>5600 Broken Sound Blvd<br>Boca Ratona, FL  33487-3599<br><br>OCE Imagistics, Inc. Meter-R/M<br>PO Box 856193<br>Louiseville, KY  40265-6193<br><br>Pitney Bowes<br>Pitney Bowes Purchase Power<br>Po Box 856042 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

**IN RE** Highconcepts Corporation _____   Case No. _____
                         Debtor(s)                                           (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | Louisville, KY  40289-6042 |
| | Pitney Bowes<br>Credit Management Corp<br>Po Box 1396<br>Madison, CT  06443-1396 |
| | Regal Plastics<br>Regal Piedmont Plastics<br>5265 South Rio Grande<br>Littleton, CO  80120 |
| | Showroom 504<br>LMCH Inc.<br>1933 S. Broadway, Suite 304<br>Los Angles, CA  90007 |
| | Surelock Plus, LLC<br>2744 Grinnell Drive<br>Longmont, CO  80503 |
| | United Parcel Service<br>Lockbox 577<br>Carol Stream, IL  60132 |
| | Westland Development Services<br>1644 Conestoga Street, Suite 7<br>Boulder, CO  80301 |
| | William Garrett<br>769 59th Street<br>Oakland, CA  94609 |
| | Wilson Tool International<br>Po Box 70870<br>St. Paul, MN  55170-9676 |
| | Xpedx<br>Xpedx Stores Div.<br>Po Box 677312<br>Dallas, TX  75267-7312 |
| | Xpedx<br>Martha Diaz<br>Po Box 677319<br>Dallas, TX  75267-7319 |
| | Konica Minolta Premier Finance<br>PO Box 790448<br>St. Louis, MO  63179-0448 |
| | IRS<br>Po Box 105416<br>Atlanta, GA  30348-5416 |
| | Wholesale Crafts.Com<br>Nanette<br>770 Beaton Path Rd<br>Mooresville, NC  28117 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H)(12/07) - Cont.**

**IN RE** Highconcepts Corporation _____   Case No. _____
                          Debtor(s)                                                        (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Highconcepts LLC**<br>**5375 Western Ave. Suite D**<br>**Boulder, CO  80301** | **First Data Global Leasing**<br>**5565 Glenridge Connector, NE**<br>**Atlanta, GA  30342-4756**<br><br>**First Data Global Leasing**<br>**5565 Glenridge Connector, NE**<br>**Atlanta, GA  30342-4756**<br><br>**ABCO Leasing, Inc.**<br>**22232 17th Ave. Ste 204**<br>**Bothell, WA  98021** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Highconcepts Corporation _____     Case No. _____
Debtor(s)                                                         (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____     Signature: _____
                                                                                        Debtor

Date: _____     Signature: _____
                                                                              (Joint Debtor, if any)
                                                                    [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____     _____
Signature of Bankruptcy Petition Preparer                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **Highconcepts Corporation** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 21, 2011** _____     Signature: *__/s/ Eric David Sherman_____*

Eric David Sherman
                                                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                                                           Case No. _____

**Highconcepts Corporation** _____          Chapter **11** _____
                                    Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer          petition preparer is not an individual, state
Address:                                                                  the Social Security number of the officer,
_____          principal, responsible person, or partner of
                                                                          the bankruptcy petition preparer.)
_____          (Required by 11 U.S.C. § 110.)

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Highconcepts Corporation** _____          X /s/ _____          12/21/2011
Printed Name(s) of Debtor(s)                              Signature of Debtor                              Date

Case No. (if known) _____          X _____
                                                          Signature of Joint Debtor (if any)                    Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                    Case No. _____

Highconcepts Corporation _____   Chapter **11**
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **December 21, 2011** _____   Signature: */s/ Eric David Sherman* _____
                                          **Eric David Sherman, President**                          Debtor


Date: _____   Signature: _____
                                                                           Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ABCO Leasing, Inc.
22232 17th Ave. Ste 204
Bothell, WA  98021


Airpro, Inc.
3875 Elm Street
Denver, CO  80207


Aura Magazine
9901 Acoma SE
Albuquerque, NM  87123


Authnet Gateway Billing
PO Box 8999
San Francisco, CA  94128-8999


Avitus Business Services, Inc.
PO Box 81590
Billings, MT  59108


Bank Of America
PO Box 17322
Baltimore, MD  21297


Bowman Irrigation, Inc.
6289 I 80 Service Road
Pine Buff, WY  82082


C & M Topline
5945 Daley Street
Boleta, CA  93117-3915

Capital One Bank
PO Box 60599
City Of Industry, CA   91716-0599


Chase
PO Box 15548
Wilmington, DE   19886-5548


Citi Platinum
Alliance One Receivables Management,Inc.
4850 Street Rd. Suite 300
Trevose, PA   19053


Citibank N.A. (Shell)
Northland Group Inc.
PO Box 390905
Minneapolis, MN   55439


Conley Casting Supply Corp
124 Maple Street
Warwick, RI   02888


Constant Contact
3675 Precision Dr.
Loveland, CO   80538-6310


Copy Experts
5345 Arapahoe Ave
Boulder, CO   80303


Cresent Moon Snowshoes
Jake Thamm
5375 Western Ave., Suite D
Boulder, CO   80301

Crystal Courier Imports
C/O Carolyn Gardella
1571 Hayes Court
Erie, CO  80516


Curt Teich Postcard Archives
Lake County Discovery Museum
27277 Forest Preserve Drive
Wauconda, IL  60084


Dats Trucking
Po Box 910550
St George, UT  84791


Dell Financial
Valentine & Kebartas, Inc
Po Box 325
Lawrence, MA  01842


DMW Associates
Sharon White
451 E 58th Ave Suite 2344
Denver, CO  80216


FedEx
Po Box 945515
Palatine, IL  60094-4515


First Data Global Leasing
5565 Glenridge Connector, NE
Atlanta, GA  30342-4756


Gt Bag Company
850 Lindberg Lane Suite A
Petaluma, CA  94952

```
Hallmark Metals
Steve Kaplan
930 Wellington Ave
Cranston, RI   02910


Home Depot
Citi Card Service
Po Box 653000
Dallas, TX   75265


I P 5280 RockyNet
Po Box 17273
Denver, CO   80217-0273


Infogroup Sales
1020 E 1st Street
Papillion, NE   68046


IRS
Po Box 105416
Atlanta, GA   30348-5416


J.C. Molds
John Costa
22 Millers Brook Drive
Cumberland, RI   02864


John Tounger CPA
585 Mandana Blvd. Suite 10
Oakland, CA   94610


Konica Minolta Premier Finance
PO Box 790448
St. Louis, MO   63179-0448
```

Labor Ready
Po Box 31001-0254
Pasadena, CA   91110-0257


Light Stones Inc.
1200 Diamond Cir., #A
Lafayette, CO   80026


Lightning Labels
2369 S Trenton Way, Unit C
Denver, CO   80231-3828


Lowe's
GE Money Bank
PO Box 530914
Atlanta, GA   30353


Lyons Gaddis Kahn & Hall
Po Box 978
Longmont, CO   80502-0978


Main Street Reps Inc
Po Box 280
Andover, MA   01810


Minute Man Press Of Boulder
1644 Conestoga Street
Boulder, CO   80301


New Era Sales
Sandra Womack
451 E 58th Ave, Suite 1131
Denver, CO   80216-8209

```
OCE Financial Services. Inc- Lease
Michael Seidel
5600 Broken Sound Blvd
Boca Ratona, FL  33487-3599



OCE Imagistics, Inc. Meter-R/M
PO Box 856193
Louiseville, KY  40265-6193



Outsource Locally, LLC
Nathan Paul Womack
5375 Western Ave., Suite D
Boulder, CO  80301



Pitney Bowes
Pitney Bowes Purchase Power
Po Box 856042
Louisville, KY  40289-6042



Pitney Bowes
Credit Management Corp
Po Box 1396
Madison, CT  06443-1396



Prostores, Inc.
2145 Hamilton Ave
San Jose, CA  95125



Regal Plastics
Regal Piedmont Plastics
5265 South Rio Grande
Littleton, CO  80120
```

```
Showroom 504
LMCH Inc.
1933 S. Broadway, Suite 304
Los Angles, CA  90007



Surelock Plus, LLC
2744 Grinnell Drive
Longmont, CO  80503



Ultimate Electronics
GE Money Bank
PO Box 981127
El Paso, TX  79998-1127



United Parcel Service
Lockbox 577
Carol Stream, IL  60132



Visa Platinum
Wells Fargo Financial Cards
PO Box 660041
Dallas, TX  75266-0041



Wee Cycle, Inc.
Judy Sawitsky
5375 Western Ave., Suite D
Boulder, CO  80301



Westland Development Services
1644 Conestoga Street, Suite 7
Boulder, CO  80301



Wholesale Crafts.Com
Nanette
770 Beaton Path Rd
Mooresville, NC  28117
```

```
William Garrett
769 59th Street
Oakland, CA  94609


Wilson Tool International
Po Box 70870
St. Paul, MN  55170-9676


Xpedx
Xpedx Stores Div.
Po Box 677312
Dallas, TX  75267-7312


Xpedx
Martha Diaz
Po Box 677319
Dallas, TX  75267-7319
```